IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-591-RJC-DCK

| | |
|---|---|
| **KIMBERLY PRICE,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **MEDICAL DATA SYSTEMS INC.,** | ) |
| **Defendant**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) filed by C. Randolph Emory, concerning Christofer Merritt, on October 28, 2022. Christofer Merritt seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) is **GRANTED**. Christofer Merritt is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: October 31, 2022

David C. Keesler
United States Magistrate Judge